**PARSONS McENTIRE McCLEARY PLLC**

Sawnie A. McEntire
State Bar No. 13590100
smcentire@pmmlaw.com
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201
Telephone: (214) 237-4300
Facsimile: (214) 237-4340

Roger L. McCleary
State Bar No. 133937and00
rmccleary@pmmlaw.com
One Riverway, Suite 1800
Houston, Texas 77056 Telephone: (713) 960-7315
Facsimile: (713) 960-7347

**PROPOSED COUNSEL FOR
HUNTER MOUNTAIN INVESTMENT TRUST**

**STINSON LLP**

Deborah Deitsch-Perez
Michael P. Aigen
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

**COUNSEL FOR HUNTER MOUNTAIN INVESTMENT TRUST**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **In re:**<br><br>**HIGHLAND CAPITAL MANAGEMENT, L.P.,**<br><br>**Reorganized Debtor.** | **Chapter 11**<br><br>**Case No. 19-34054-sgj11** |
| **HUNTER MOUNTAIN INVESTMENT TRUST,**<br><br>    Appellant,<br><br>v.<br><br>**HIGHLAND CAPITAL MANAGEMENT, L.P.; THE HIGHLAND CLAIMANT TRUST; and JAMES P. SEERY, JR.**<br><br>    Appellees. | **Civil Case No. 3:24-cv-01786-L** |

## APPELLANT'S AGREED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

CORE/3529447.0003/196027208.3

Hunter Mountain Investment Trust ("Appellant") hereby moves the Court to permit existing counsel of record for Appellant to withdraw and to substitute counsel of record, and would respectfully show this Court as follows:

1.  Appellant wishes to substitute counsel in this matter. The law firm of Stinson LLP is withdrawing as counsel of record for the Appellant and Sawnie A. McEntire (State Bar No. 13590100) and Roger L. McCleary (State Bar No. 13393700) will serve as substitute counsel for Appellant.

2.  Substitution of counsel will not delay this matter in any way and Appellant approves of this substitution of Sawnie A. McEntire (State Bar No. 13590100) and Roger L. McCleary (State Bar No. 13393700).

The contact information for substitute counsel is as follows:

> Sawnie A. McEntire
> Parsons McEntire McCleary PLLC
> State Bar No. 13590100
> smcentire@pmmlaw.com
> 1700 Pacific Avenue, Suite 4400
> Dallas, Texas 75201
> Telephone: (214) 237-4300
> Facsimile: (214) 237-4340
>
> Roger L. McCleary
> Parsons McEntire McCleary PLLC
> State Bar No. 13393700
> rmccleary@pmmlaw.com
> One Riverway, Suite 1800
> Houston, Texas 77056
> Telephone: (713) 960-7315
> Facsimile: (713) 960-7347

Respectfully submitted,


*/s/ Deborah Deitsch-Perez*
**STINSON LLP**
Deborah Deitsch-Perez
Michael P. Aigen
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

***Counsel for Appellant***


*/s/ Sawnie A. McEntire*
**PARSONS McENTIRE McCLEARY PLLC**
Sawnie A. McEntire
State Bar No. 13590100
smcentire@pmmlaw.com
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201
Telephone: (214) 237-4300
Facsimile: (214) 237-4340

Roger L. McCleary
State Bar No. 13393700
rmccleary@pmmlaw.com
One Riverway, Suite 1800
Houston, Texas 77056
Telephone: (713) 960-7315
Facsimile: (713) 960-7347
***Proposed Counsel for Appellant***

## CERTIFICATE OF CONFERENCE

I hereby certify that on or about February 6, 2025, counsel for Appellant conferred with counsel for Appellees regarding the relief sought in this Motion. Counsel indicated that they are unopposed to the relief sought in this Motion.

*/s/ Michael P. Aigen*
Michael P. Aigen

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2025, a copy of the foregoing document was served on all parties of record via the Court's electronic filing system.

*/s/ Deborah Deitsch-Perez*
Deborah Deitsch-Perez