Mark T. Stancil
(*pro hac vice* forthcoming)
Joshua S. Levy
(*pro hac vice* forthcoming)
**WILLKIE FARR & GALLAGHER LLP**
1875 K Street, N.W.
Washington, D.C. 20006

Omar J. Alaniz
Texas Bar No. 24040402
Efrain Vera
Texas Bar No. 24122707
**REED SMITH LLP**
2850 N. Harwood Street, Suite 1500
Dallas, Texas 75201

*Counsel for James P. Seery, Jr.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: <br><br> HIGHLAND CAPITAL MANAGEMENT, L.P., <br><br> Reorganized Debtor. | Chapter 11 <br><br> Case No. 19-34054-sgj11 |
| HUNTER MOUNTAIN INVESTMENT TRUST, <br><br> Appellant, <br> v. <br><br> HIGHLAND CAPITAL MANAGEMENT, L.P. and JAMES P. SEERY, JR., <br><br> Appellees. | Civil Case No. 3:24-cv-01786 |

## NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES, AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Reed Smith LLP appearing on behalf Appellee James P. Seery, Jr. ("Seery"), hereby submits this Notice of Appearance in the above-captioned case and respectfully requests notice of all hearings and conferences herein and makes demand for service

of all papers herein, including, without limitation, all papers and notices pursuant to Local Civil Rule 83.10. Any document or other information required to be served on counsel pursuant to the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, this Court's Local Civil Rules, or applicable orders of this Court should be sent to:

Omar J. Alaniz
Efrain Vera
**Reed Smith LLP**
2850 N. Harwood Street, Suite 1500
Dallas, Texas 75201
Telephone: 469.680.4200
Fax: 469.680.4299
Email: oalaniz@reedsmith.com
Email: evera@reedsmith.com

Dated: February 7, 2025

Respectfully submitted,

By: /s/ *Efrain Vera*
Mark T. Stancil
(*pro hac vice* forthcoming)
Joshua S. Levy
(*pro hac vice* forthcoming)
**WILLKIE FARR & GALLAGHER LLP**
1875 K Street, N.W.
Washington, D.C. 20006
Phone: (202) 303-1000
Email: mstancil@willkie.com
Email: jlevy@willkie.com

Omar J. Alaniz
Texas Bar No. 24040402
Efrain Vera
Texas Bar No. 24122707
**REED SMITH LLP**
2850 N. Harwood Street, Suite 1500
Dallas, Texas 75201
Telephone: (469) 680.4200
Facsimile: (469) 680.4299
Email: oalaniz@reedsmith.com
Email: evera@reedsmith.com

***Counsel for James P. Seery, Jr.***

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 7, 2025, a true and correct copy of the foregoing Notice of Appearance was served electronically via the Court's CM/ECF system upon all parties receiving electronic notice in this case.

*/s/ Efrain Vera*
 Efrain Vera