IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: <br> **HIGHLAND CAPITAL** <br> **MANAGEMENT, L.P.,** <br><br> Reorganized Debtor. <br><br> **HUNTER MOUNTAIN INVESTMENT** <br> **TRUST,** <br><br> Appellant, <br><br> v. <br><br> **HIGHLAND CAPITAL** <br> **MANAGEMENT, L.P.; THE** <br> **HIGHLAND CLAIMANT** <br> **TRUST; and JAMES P. SEERY, JR.,** <br><br> Appellees. | § § § § § § § § § § § § § § § § § § § § | Civil Action No. **3:24-CV-1786-L** |

# **ORDER**

Before the court is the Consent Motion for Stay ("Motion") (Doc. 37), filed May 27, 2025. The parties request in their Motion that the court stay the proceedings in this appeal pending a ruling by the Bankruptcy Court on the Motion to Approve Settlement (Bank. Doc. 4261). The court appreciates the parties' efforts in settling this appeal. The court is not opposed to the relief sought by the parties; however, rather than stay the action, the court will administratively close it to prevent it from continuing to age while the Bankruptcy Court rules on the Motion to Approve Settlement.

Accordingly, the court **determines** that this case should be, and is hereby, **administratively closed**. The United States District Clerk is therefore instructed to submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records. The

parties are directed to report to the court in writing every **120 days** regarding the status of the bankruptcy proceedings.

Nothing in this order shall be considered a dismissal or disposition of this case, and, should further proceedings in it become necessary or desirable, any party may file a motion to reopen the case to initiate such further proceedings, or the court may take such action *sua sponte*.

**It is so ordered** this 28th day of May, 2025.

Sam A. Lindsay
United States District Judge